UNITED STATES of America, Plaintiff–Appellee,

v.

Brandon Allen LYONS, Defendant–Appellant.

No. 07–30273.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed June 30, 2009.

Frank R. Papagni, Jr., Office of U.S. Attorney, Eugene, OR, for Plaintiff–Appellee.

Bryan E. Lessley, FPDOR–Federal Public Defender's Office, Eugene, OR, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

___

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable

MEMORANDUM \*\*

Brandon Allen Lyons appeals from the 180–month sentence imposed following his guilty-plea conviction for being a felon in possession of firearms and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lyons contends that the district court erred when it determined that his three prior convictions for first-degree burglary, in violation of Oregon Revised Statute § 164.225, were predicate violent felonies for purposes of the Armed Career Criminal Act. This contention is foreclosed. *See United States v. Mayer,* 560 F.3d 948, 962–63 (9th Cir.2009).

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

